IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEIGHTON LINDSEY,

    Plaintiff,

v.

DYLON RADTKE, Captain SALTER,
JOSEPH CICHANOWICZ and
RYAN ARMSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-385-bbc

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Leighton Lindsey's claim against defendant Dylon Radtke without prejudice for plaintiff's failure to exhaust his administrative remedies against defendant Radtke.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Captain Salter, Joseph Cichanowicz and Ryan Armson and this case is dismissed.

Approved as to form this 16th day of November, 2011.

_____
Barbara B. Crabb, District Judge

_____   11/16/11
Peter Oppeneer, Clerk of Court   Date